# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERROD FLUSCHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-15-425-JHP |
| ) | |
| DANNY MATHIS and ) | |
| STANDARD TESTING & ) | |
| ENGINEERING, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS ACTION

It is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

s/ Susan Motley
Grace Weatherly *(pro hac vice)*
Atty. No.: Texas Bar No. 00788632
Susan Motley *(pro hac vice)*
Atty. No.: Texas Bar No. 24002655
WOOD, THCKER & WEATHERLY, P.C.
400 West Oak Street, Suite 310
Denton, Texas   76201
Phone No.: 940-565-6565

AND

Rusty Smith
Atty No.:   OBA No. 19575
BRENNAN, SMITH & CHERBINI, PLLC
P.O. Box 1067
417 West Broadway
Muskogee, Oklahoma   74402-1067
Phone No.: 918-687-4400

ATTORNEYS FOR PLAINTIFF

s/ James K. Secrest, III
Atty No.: OBA # 18828
SECREST, HILL, BUTLER & SECREST
7134 South Yale Avenue, Suite 900
Tulsa, Oklahoma   74136
Phone No.:   918-494-5905

ATTORNEYS FOR DEFENDANTS